*efiled 12/11/07

BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00113 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING DATE; [PROPOSED]** |
| | ) | **ORDER** |
| IGNACIO ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, December 12, 2007, at 9:00 a.m., may be continued to Wednesday, January 16, 2008, at 9:00 a.m.  The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need to review the case.

Dated: December 6, 2007

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00113 JF                                            1

1
2
3  Dated: December 6, 2007

4                                         _____/s/_____
                                          HANLEY CHEW
                                          Assistant United States Attorney
5
6
7                                       **ORDER**

   Good cause appearing and by stipulation of the parties, it is hereby ordered that the
8
   sentencing hearing in the above-captioned matter shall be continued from December 12, 2007 to
9
   January 16, 2007 at 9:00 a.m.
10
11
12 Dated: December 10 , 2007

13                                         _____
                                           JEREMY FOGEL
                                           United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
No. CR 07-00113 JF                             2